IN the MATTER OF the Petition of
John S. STRITZINGER for A
Writ of Mandamus.

No. 635, 2015

Supreme Court of Delaware.

Submitted: March 10, 2016

Decided: March 11, 2016

DISMISSED.

■

Dale GUILFOIL, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 461, 2015

Supreme Court of Delaware.

Submitted: March 9, 2016

Decided: March 11, 2016

AFFIRMED.

Christopher MITCHELL, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 657, 2015

Supreme Court of Delaware.

Submitted: March 10, 2016

Decided: March 11, 2016

DISMISSED.

■

Laquan GIBSON, Defendant
Below–Appellant,

v.

STATE of Delaware, Plaintiff
Below–Appellee.

No. 309, 2015

Supreme Court of Delaware.

Submitted: February 10, 2016

Decided: March 11, 2016

AFFIRMED.